UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 05-MJ-00024-LTS |
| | ) | |
| JAMES A. HOLYOKE | ) | |

DEFENDANT'S MOTION FOR STATUS CONFERENCE

Defendant, James A. Holyoke, requests that the Court schedule a status conference in this case for July 1, 2005 for clarification of the Court's ruling on detention presented orally at the hearing on June 29, 2005. Defense counsel requests that Mr. Holyoke be brought into court for this hearing.

JAMES A. HOLYOKE
By his attorney,

/ S / Peter B. Krupp

Dated: June 30, 2005

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: 617-367-1970