# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

August 3, 2005

By CM/ECF and First-Class Mail

Nancy Rue
Assistant U.S. Attorney
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   United States v. James Holyoke,
      U.S.D.C. (D. Mass.) Case No. 05-MJ-24-LTS

Dear Ms. Rue:

Mr. Holyoke was arrested on June 17, 2005. Since his arrest, more than 30 days has elapsed without an indictment in violation of his rights under the Speedy Trial Act, see 18 U.S.C. § 3161(b), even excluding the time from June 17 to June 30 during which time your motion for detention and then my motion for a hearing were under advisement. See 18 U.S.C. § 3161(h)(1)(F). Mr. Holyoke does not intend to move to dismiss the complaint for violation of the Speedy Trial Act where such action could jeopardize his ability to gain admission to an appropriate in-patient residential treatment facility as soon as possible. However, I would ask you to let me know when you plan to submit this matter to the grand jury.

Thank you.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:   Maria Simeone, Deputy Clerk (by CM/ECF)
      Sara A. Laroche
      James Holyoke